# Exhibit 1

Case 6:19-cv-03365-SRB     Document 257-1     Filed 06/16/22     Page 1 of 25

Gary K. Burger, Jr.
Genavieve Fikes, MO Bar No. 62886
BURGER LAW FIRM, LLC
500 North Broadway, Suite 1860
St. Louis, MO 63102
Tel: (314) 542-2222
gary@burgerlaw.com
genavieve@burgerlaw.com
https://burgerlaw.com/

Eric L. Dirks
Amy R. Jackson
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Phone: (816) 945-7110
dirks@williamsdirks.com
amy@williamsdirks.com
www.williamsdirks.com

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF MISSOURI**

**SOUTHERN DIVISION**

| | |
|---|---|
| JESSICA WILLIAMS, SHERYL FRITZ AND JAMIE TERRY, Individually and on behalf of all other similarly situated Corizon Correctional Nurses,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., and CORIZON, LLC<br><br>Defendants. | Case No.: 19-cv-03365-SRB<br><br>**DECLARATION OF EMILIO COFINCO REGARDING CLASS NOTIFICATION AND CLAIMS ADMINISTRATION** |

DECLARATION OF EMILIO COFINCO REGARDING CLASS NOTIFICATION AND CLAIMS ADMINISTRATION

# DECLARATION OF EMILIO COFINCO

I, Emilio Cofinco, hereby declare:

1. I am employed as a case manager by CPT Group, Inc. ("CPT"), the Court-approved class action settlement administrator, for the *Fritz, et al. v. Corizon Health, Inc. et al.* settlement. As the case manager for this settlement, I have personal knowledge of the information provided herein, and if called as a witness, I could and would accurately testify thereto.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. For over 30 years, CPT has provided notification and/or claims administration services in thousands of class action cases. Pursuant to the Settlement Agreement for this matter, CPT was responsible for (i) printing and mailing to Settlement Class Members the *FLSA Notice of Collective Action Settlement, Rule 23 Notice of Class Action Settlement, Settlement Claim Form,* and *FLSA/Rule 23 Notice of Class Action Settlement* (hereinafter together referred to as the "Notice Packet"), (ii) processing Claim Form submissions, (iii) addressing or responding to Class Member inquiries, (iv) advising Class Members of deficiencies in their Claim Forms, (v) preparing reports of class participation, (vi) calculating Distribution Amounts, (vii) preparing and mailing of distributions of/from settlement funds, (viii) obtaining current addresses, (ix) preparing tax returns and paying any taxes owed on payments to Settlement Class Members, Settlement Class Representatives, Class Counsel and/or any interest earned by the Qualified Settlement Fund, (x) setting up a case website where class members can submit a Claim Form, (xi) setting up an email inbox, and (xii) performing such other tasks as the Parties mutually agree or as the Court orders.

3. CPT received the Court-approved text for the Notice Packet from Class Counsel on March 9, 2022.

4. CPT finalized a 4-page *FLSA Notice of Collective Action Settlement*, a 6-page *Rule 23 Notice of Class Action Settlement,* a 1-page *Claim Form,* and a 5-page *FLSA/Rule 23 Notice of Class Action Settlement*. CPT received written approval from all parties and a sufficient number were printed to mail to all Settlement Class Members. Attached hereto as Exhibit "A" is a true and correct copy of the Notice Packet.

5. On March 14, 2022, counsel for Defendants provided CPT with a list of Settlement Class Members ("Class List"). The Class List included (a) each Settlement Class Member's name, (b) last-known

DECLARATION OF EMILIO COFINCO REGARDING CLASS NOTIFICATION AND CLAIMS ADMINISTRATION

mailing address, (c) Phone Number, (d) email address, (e) employment dates, (f) Social Security Number, and (g) overtime wages owed for pre- and post-shift. The Class List contained 2,468 Settlement Class Members.

6. On March 16, 2022, CPT conducted a National Change of Address (NCOA) search in an attempt to update the Settlement Class Members' addresses as accurately as possible. A search of this database provides updated addresses for any individual who has moved in the previous four years and has notified the U.S. Postal Service of his or her change of address. As a result of the NCOA search, CPT was able to locate 418 new addresses.

7. CPT setup an interactive website with the URL: www.corizonhealthsettlement.com for Rule 23 Class Members to submit a Claim Form online. CPT also setup a case email inbox with the email address: corizonhealthsettlement@cptgroup.com.

8. On March 22, 2022, CPT mailed the CAFA Notice to notify the United States Attorney General and the appropriate officials of each State in which a putative class member resides. Attached hereto as Exhibit "B" is a true and correct copy of the CAFA Notice.

9. On March 24, 2022, the Notice Packets were mailed via U.S. first class mail to all 2,468 Settlement Class Members. The Notice Packets were enclosed in envelopes with the individual Settlement Class Member's name and last-known address visible on the envelope. Of the 2,468 Settlement Class Members, 742 were mailed a FLSA Notice Packet, 1,519 were mailed a Rule 23 Notice Packet, and 167 were mailed a FLSA/Rule 23 Notice Packet. On March 24, 2022, CPT also sent the Notice Packets by email. The deadline for Settlement Class Members to submit a claim, request for exclusion, or objection to the settlement was May 9, 2022.

10. As of the date of this declaration, 221 Notice Packets have been returned to our office by the Post Office, for which 12 new addresses were provided by the Post Office and re-mailed. For the remaining 209 Notice Packets, CPT performed a skip-trace to locate a better address using Accurint, one of the most comprehensive address databases available. Accurint utilizes hundreds of different databases supplied by credit reporting agencies, public records and a variety of other national databases.

11. As a result of either a skip trace, request from counsel or the Settlement Class Member, a total of 204 Notice Packets have been re-mailed to date. Additionally, 17 Notice Packets had a forwarding

address, which were re-mailed by the Post Office. Ultimately, there are 43 Notice Packets undeliverable with no forwarding address, where no new addresses could be found through skip trace.

12. As of the date of this declaration, CPT has received 242 Claim Forms from Rule 23 Class Members.

13. As of the date of this declaration, CPT has not received any requests for exclusion from the settlement.

14. As of the date of this declaration, CPT has not received any objections to the settlement.

15. As of this date, there are 1,191 Participating Class Members who will be paid their portion of the Net Settlement Amount, estimated to be $272,711.14. The Net Settlement Amount available to pay Participating Class Members was determined as follows:

| | |
|---|---|
| Gross Settlement Fund: | $550,000.00 |
| Less Attorneys' Fees | -$183,333.33 |
| Less Actual Litigation Costs | -$54,455.53 |
| Less Plaintiffs' Service Award | -$17,000.00 |
| Less Settlement Administration Costs | -$22,500.00 |
| Net Settlement Amount | $272,711.14 |

16. Therefore, CPT will report a total of 1,191 participating Settlement Class Members will be sent an individual settlement payment, which represents 48.26% participation rate. The highest individual settlement payment is approximately $1,779.70 and the average individual settlement payment is approximately $110.50.

17. CPT's charge for services rendered to perform its duties and responsibilities pursuant to the terms of the settlement is $22,500.00. This includes all costs incurred to date, as well as estimated costs for completing the administration and disbursement of the settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 16, 2022 at Irvine, California.

_Emilio Cofinco_
Emilio Cofinco

DECLARATION OF EMILIO COFINCO REGARDING CLASS NOTIFICATION AND CLAIMS ADMINISTRATION

# EXHIBIT "A"

## NOTICE OF COLLECTIVE ACTION SETTLEMENT

### To: «FullName»

You are receiving this Notice because you are, or were, employed by Corizon as an hourly, non-exempt nurse and worked more than forty (40) hours in a workweek (i.e., from Sunday at midnight through Saturday at 11:59 p.m.) between October 15, 2016 through the present where the Corizon time clock was not near (i.e., within 25 feet) of the entrance/exit of the facility where you worked for Corizon and filed a consent to join a lawsuit titled Fritz, et al. v. Corizon, Inc. et al., Case No. 6:19-CV-3365-SRB, in the United States District Court for the Western District of Missouri, Southern Division (the "Lawsuit"). You are eligible to receive a settlement payment.

### YOUR ESTIMATED GROSS SETTLEMENT AMOUNT: «TotalAmount»

### THIS NOTICE AFFECTS YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.

### *This is not a solicitation from a lawyer. A Court has authorized this Notice.*

As used in this notice, "Corizon" means Defendants Corizon Health, Inc. and Corizon, LLC on behalf of themselves, their parent(s), affiliates, divisions, subsidiaries, predecessors and successors, and related business entities, including, but not limited to, any and all Corizon-related entities and their officers, directors, shareholders, employees, representatives, corporate parents, corporate siblings, subsidiaries, predecessors, successors, affiliates thereof, and related entities ("Corizon" or the "Defendants").

- You will receive the gross amount of approximately **«TotalAmount»**. The amount of this payment is based on calculations using your individual time and payroll records within the relevant period.

- You are releasing your federal claims under the Fair Labor Standards Act (the "FLSA") and state law claims against Corizon and will be bound by the terms the Settlement.

## 1. INTRODUCTION

The purpose of this Notice is to inform you: (i) of the existence of a settlement between Plaintiffs and Defendants Corizon Health, Inc. and Corizon, LLC (collectively, "Corizon") of a lawsuit alleging Corizon failed to pay Correctional Nurses who performed pre- and post-shift security related activities under Missouri and federal law, (ii) that you may be entitled to benefits under the Settlement, (iii) of your legal rights and options under the Settlement, and (iv) about the procedures for the Settlement. You have been sent this Notice because you previously joined this case.

## 2. DESCRIPTION OF THE LAWSUIT

In 2019, the Lawsuit was filed in federal court in Missouri alleging Correctional Nurses may not have been properly paid for all time worked. The lawsuit alleges certain Corizon pay practices violated the Fair Labor Standards Act ("FLSA") and state law. The Lawsuit is pending before the Honorable Stephen R. Bough in the United States District Court for the Western District of Missouri, Southern Division, under the title *Fritz, et al. v. Corizon, Inc. et al.*, Case No. 6:19-CV-3365-SRB.

Corizon has denied, and continues denying, all of the allegations in the Lawsuit and denies it violated the FLSA or Missouri law. Corizon maintains Correctional Nurses were properly paid for their hours worked. The Court has not decided who is right and who is wrong, or weighed the arguments of either side. The parties, however, agreed to a settlement.

You are eligible to receive a settlement payment in exchange for a release of your claims as alleged in the Lawsuit.

## 3. WHO IS INCLUDED IN THE SETTLEMENT?

The Court certified a FLSA collective action and a Missouri class action.

**FLSA Collective:** Any individual who: (a) is, or was, employed by Corizon as an hourly, non-exempt nurse and worked more than forty (40) hours in a workweek (i.e., from Sunday at midnight through Saturday at 11:59 p.m.) on an hourly, or non-exempt basis between October 15, 2016 through the present, and (b) performed pre- and post- shift activity for which they were not paid because their time clock was not near (i.e., within 25 feet) of the facility's entrance/exit. Nationwide notice was sent and 949 individuals joined the FLSA Collective. Those 949 individuals make up the FLSA Collective.

**Missouri Class:** The Court also certified a Missouri class action consisting of current and former hourly Correctional Nurses employed in Missouri from October 15, 2014, through the final disposition of this matter, who have pay periods where they did not record more than forty (40) hours in a seven day period, and worked at one of the following locations:

- Boonville Correctional Center
- Chillicothe Correctional Center
- Cremer Therapeutic Community Center
- Fulton Reception & Diagnostic Center
- Jefferson City Correctional Center
- Kansas City Reentry Center
- Maryville Treatment Center
- Missouri Eastern Correctional Center
- Moberly Correctional Center
- Northeast Correctional Center

- Ozark Correctional Center
- Potosi Correctional Center
- South Central Correctional Center
- Southeast Correctional Center
- St. Louis City Criminal Justice Center
- St. Louis City MSI
- Tipton Correctional Center
- Transition Center St. Louis
- Western Missouri Correctional Center
- Western Reception Diagnostic and Correctional Center
- Crossroads Correctional Center

## 4. SUMMARY OF THE SETTLEMENT

To settle this case, Corizon agreed to pay a total of $550,000.00 (the "Gross Settlement Fund"), which is intended to include claims for alleged unpaid wages, liquidated damages, penalties, interest, costs, attorneys' fees, and taxes. If you choose to participate in the settlement, you will receive the approximate gross amount listed on page 1, **before taxes**.

## 5. YOUR SETTLEMENT AMOUNT

Your individual settlement amount is based on a formula that took into consideration a number of factors, including shifts and weeks worked and individual pay records as a Correctional Nurse within the relevant time period, and the claims asserted in the Lawsuit. Considering these factors, your individual settlement amount was calculated, and is free and clear of attorneys' fees and litigation costs. **This means you do not owe the lawyers any money and the approximate gross amount listed above (less any applicable taxes) is yours.**

**You will have 180 days to cash your settlement checks after they are issued**. Any uncashed checks will be voided after 180 days and your amount will be sent to Missouri Legal Aid. After 180 days you will no longer be able to receive your funds. It is important you inform the Settlement Administrator if you have not received your checks.

## 6. WHAT ARE THE PROCEDURES FOR PAYMENT?

A. The amount of your settlement payment will be calculated by the Settlement Administrator and paid by checks after this settlement is given final approval by the Court. The checks will be mailed by the Settlement Administrator and will remain valid and negotiable for 180 days from the date of issuance. After those 180 days expire, the checks will become void.

B. If the Court approves the Settlement, and all other conditions of the Final Settlement Agreement and Release are satisfied, a portion (50%) of your settlement payment will be reported as wages for tax purposes and you will receive an IRS Form W-2 for this portion of the payment. Tax withholdings for wage payments will be deducted from your check amount. The second portion of your settlement will constitute payment for alleged liquidated damages, and will be reported on an IRS Form 1099. You shall be solely responsible for the payment of any local, state, or federal

taxes resulting from, or attributable to, the payments received under this Settlement. If you have any tax-related questions, you should consult a tax preparer.

C. In order to be able to send you other mailings regarding the Lawsuit, it is important for the Settlement Administrator to have your current address. You should contact the Settlement Administrator to report any change of address after you receive this Notice. Failing to report a change of address may result in you not receiving your share of the money paid under the Settlement.

## 7. ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Class Counsel are asking the Court to award them fees in the amount of $183,333.33 and reimbursement of their costs in the amount of $54,455.53. These fees and costs payments will be subject to the Court's approval. *Please note, these amounts have already been deducted from the total amount of the Settlement and your approximate gross amount listed above will not be subject to any further reductions for attorneys' fees or costs.*

The basis for this request is stated in Plaintiffs' Motion for Preliminary Approval of Settlement and Attorneys' Fees and Costs. If you would like to see that Motion for Preliminary Approval of Settlement and Attorneys' Fees, you may request a copy from the Settlement Administrator.

In addition, the Plaintiffs who filed the Lawsuit and other Correctional Nurses who appeared for depositions seek service awards from the Court in a total amount of $17,000 ($5,000.00 for each of the three Named Plaintiffs, and $1,000.00 each for the two additional Plaintiffs who were deposed) for their service and work helping the attorneys prepare the case for trial. *Again, these amounts have already been deducted from the total amount of the Settlement and your approximate gross amount listed above will not be subject to any further reductions for service awards.*

## 8. NO RETALIATION IS PERMITTED

If you are a current employee of Corizon, you will not be retaliated against for joining the Lawsuit. Under federal law, it is illegal for Corizon to terminate your employment, or retaliate against you in any fashion, because you have joined and/or participated in the Lawsuit.

## 9. APPROVAL OF THE SETTLEMENT

The Settlement is subject to Court approval and satisfaction of all conditions set forth in the Settlement Agreement and Release filed with the Court. Class Counsel and Corizon's counsel will jointly ask the Court to approve the Settlement.

If the Court approves the Settlement, and if all conditions set forth in the Settlement Agreement and Release are satisfied, the Settlement Administrator will issue payments pursuant to the settlement.

If the Court does not approve the proposed Settlement, the case will proceed as if no settlement has been attempted. If the Settlement is not approved, there can be no assurance you will recover the amount provided for in the Settlement, or anything at all.

## 10. YOUR RIGHTS UNDER THE SETTLEMENT

**Because you already opted into this case, you do not need to do anything to be eligible to receive your settlement funds. It is your responsibility to notify the Claims Administrator if your contact information has changed.**

## 11. SCOPE OF RELEASE

In exchange for your settlement payment, you will release all claims arising from the facts alleged in the Lawsuit through March 9, 2022.

## 12. YOUR RESPONSIBILITIES

It is your responsibility to keep the Settlement Administrator and Class Counsel informed of any change of address. You must act within the time periods set out in this Notice. The time periods will be strictly enforced. Failing to carry out any of these responsibilities could result in you not receiving payment under the Settlement.

## 13. QUESTIONS REGARDING THIS NOTICE

If you have any questions about this Notice, you can contact the Settlement Administrator, CPT Group, Inc., at 1-888-281-3974 or by emailing your question to corizonhealthsettlement@cptgroup.com.

## 14. LEGAL COUNSEL

**Class Counsel in this matter are as follows:**

**Gary K. Burger, Jr.**
**Genavieve Fikes, MO Bar No. 62886**
BURGER LAW FIRM, LLC
500 North Broadway, Suite 1860
St. Louis, MO 63102
Tel: (314) 542-2222
gary@burgerlaw.com
genavieve@burgerlaw.com
https://burgerlaw.com/

**Eric L. Dirks**
**Amy R. Jackson**
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Phone: (816) 945-7110
dirks@williamsdirks.com
amy@williamsdirks.com
www.williamsdirks.com

**Corizon's counsel in this matter are as follows:**

**Patrick F. Hulla**
**Darin P. Shreves**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816-471-1301
Facsimile: 816-471-1303
patrick.hulla@ogletreedeakins.com
darin.shreves@ogletree.com

**James M. Paul**
**Mallory S. Zoia**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3960
james.paul@ogletree.com
mallory.zoia@ogletree.com

## <u>NOTICE OF CLASS ACTION SETTLEMENT</u>

### To: «FullName»

You are receiving this Notice because you were employed as a current or former hourly Corizon Correctional Nurses in Missouri from October 15, 2014, through the final disposition of this matter, who have pay periods when you did not record more than forty hours in a seven day period, and worked at one of the following locations:

- Boonville Correctional Center
- Chillicothe Correctional Center
- Cremer Therapeutic Community Center
- Fulton Reception & Diagnostic Center
- Jefferson City Correctional Center
- Kansas City Reentry Center
- Maryville Treatment Center
- Missouri Eastern Correctional Center
- Moberly Correctional Center
- Northeast Correctional Center

- Ozark Correctional Center
- Potosi Correctional Center
- South Central Correctional Center
- Southeast Correctional Center
- St. Louis City Criminal Justice Center
- St. Louis City MSI
- Tipton Correctional Center
- Transition Center St. Louis
- Western Missouri Correctional Center
- Western Reception Diagnostic and Correctional Center
- Crossroads Correctional Center

**You are eligible to file a claim for a settlement payment in connection within the action titled** *Fritz, et al. v. Corizon, Inc. et al., Case No. 6:19-CV-3365-SRB*, in the United States District Court for the Western District of Missouri, Southern Division (the "Lawsuit").

### YOUR ESTIMATED GROSS SETTLEMENT AMOUNT: <u>«TotalAmount»</u>

### THIS NOTICE AFFECTS YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.

*This is not a solicitation from a lawyer. A Court has authorized this Notice.*

### YOU MUST MAKE YOUR DECISION ON OR BEFORE MAY 9, 2022.

As used in this notice, "Corizon" means Defendants Corizon Health, Inc. and Corizon, LLC on behalf of themselves, their parent(s), affiliates, divisions, subsidiaries, predecessors and successors, and related business entities, including, but not limited to, any and all Corizon-related entities and their officers, directors, shareholders, employees, representatives, corporate parents, corporate siblings, subsidiaries, predecessors, successors, affiliates thereof, and related entities ("Corizon" or the "Defendants").

| You May: | Effect of Choosing the Option: | Due Date: |
|---|---|---|
| ***Submit the Attached Claim Form*** | - You will receive the gross amount of approximately **«TotalAmount»**. The amount of this payment is based on calculations using your individual time and payroll records within the relevant period. You will release state law claims (outlined in Question 10 of this Notice) against Corizon and be bound by the terms the Settlement.<br>- You will give up the right to sue Corizon for your state law claims.<br>- Your Claim Form may be submitted online at www.corizonhealthsettlement.com or by mail. | ***<u>The Claim Form must be digitally signed or mailed to the Settlement Administrator by no later than May 9, 2022</u>*** |

| Do Nothing | • You will not receive a payment pursuant to the Settlement.<br>• You will release your state law claims (outlined in Question 10 of this Notice) and be bound by the terms of the Settlement.<br>• You will give up your right to sue Corizon for your state law claims.<br>• If applicable, you will preserve your FLSA claims against Corizon (outlined in Question 10 of this Notice). | *__None. You do not need to do anything. But you will release your state law claims.__* |
|---|---|---|
| *Exclude Yourself from the Settlement* | • You can choose to opt out of the Settlement and retain any legal rights you may have against Corizon.<br>• To exclude yourself from the Settlement, you **must** submit or return a signed exclusion request.<br>• If you exclude yourself, you will not receive payment under the Settlement. | *__The Exclusion Request must be submitted to the Settlement Administrator no later than May 9, 2022__* |
| *File Objection* | • If you do not exclude yourself from the Settlement, you may write to the Court explaining why you disagree with the Settlement or speak with the Court at a final fairness hearing about the fairness of the Settlement. In advance of the final fairness hearing, you must send written notice of your desire to speak with the Court. | *__The Objection must be filed with the Court and sent to Class Counsel and Corizon's counsel no later than May 9, 2022__* |

## 1.  INTRODUCTION

The purpose of this Notice is to inform you: (i) of the existence of a settlement between Plaintiffs and Defendants Corizon Health, Inc. and Corizon, LLC (collectively, "Corizon") of a lawsuit alleging Corizon failed to pay Correctional Nurses who performed pre- and post-shift security related activities under Missouri and federal law, (ii) that you may be entitled to a payment under the Settlement, (iii) of your legal rights and options under the Settlement, and (iv) about the procedure for participating in the Settlement. You have been sent this Notice because employment data provided by Corizon indicates you (i) worked as an hourly, non-exempt Correctional Nurse at one or more certain correctional facilities in Missouri, and (ii) did not record more than forty hours in a seven day period, within the relevant time period.

## 2.  DESCRIPTION OF THE LAWSUIT

In 2019, the Lawsuit was filed in federal court in Missouri alleging Correctional Nurses may not have been properly paid for all time worked. The lawsuit alleges certain Corizon pay practices violated the FLSA and Missouri state law. The Lawsuit is pending before the Honorable Stephen R. Bough in the United States District Court for the Western District of Missouri, Southern Division under the title Fritz, et al. v. Corizon, Inc. et al., Case No. 6:19-CV-3365-SRB.

Corizon has denied, and continues denying, all of the allegations in the Lawsuit and denies it violated the FLSA or Missouri law. Corizon maintains Correctional Nurses were properly paid for their hours worked. The Court has not decided who is right and who is wrong, or weighed the arguments of either side. The parties, however, agreed to a settlement.

You are eligible to receive a settlement payment in exchange for a release of your claims as alleged in the Lawsuit.

### 3. WHO IS INCLUDED IN THE SETTLEMENT?

The Court certified a FLSA collective action and a Missouri class action.

**FLSA Collective**: Any individual who (a) is, or was, employed by Corizon as an hourly, non-exempt nurse and worked more than 40 hours in a workweek (i.e., from Sunday at midnight through Saturday at 11:59 p.m.) on an hourly, or non-exempt basis between October 15, 2016 through the present, and (b) performed pre- and post-shift activity for which they were not paid because their time clock was not near (i.e., within 25 feet) of the facility's entrance/exit. Nationwide notice was sent and 949 individuals joined the FLSA collective. Those 949 individuals make up the FLSA Collective.

**Missouri Class**: The Court also certified a Missouri class action consisting of current and former hourly correctional Nurses in Missouri from October 15, 2014 through the final disposition of this matter, who have pay periods where they did not record more than forty (40) hours in a seven day period, and worked at one of the following locations:

- Boonville Correctional Center
- Chillicothe Correctional Center
- Cremer Therapeutic Community Center
- Fulton Reception & Diagnostic Center
- Jefferson City Correctional Center
- Kansas City Reentry Center
- Maryville Treatment Center
- Missouri Eastern Correctional Center
- Moberly Correctional Center
- Northeast Correctional Center
- Ozark Correctional Center
- Potosi Correctional Center
- South Central Correctional Center
- Southeast Correctional Center
- St. Louis City Criminal Justice Center
- St. Louis City MSI
- Tipton Correctional Center
- Transition Center St. Louis
- Western Missouri Correctional Center
- Western Reception Diagnostic and Correctional Center
- Crossroads Correctional Center

### 4. SUMMARY OF THE SETTLEMENT

To settle this case, Corizon agreed to pay a total of $550,000.00 ("Gross Settlement Fund"), which is intended to include claims for alleged unpaid wages, liquidated damages, penalties, interest, costs, attorneys' fees, and taxes. If you choose to participate in this settlement, you will receive the approximate gross amount listed on page 1, **before taxes**.

### 5. YOUR SETTLEMENT AMOUNT

Your individual settlement amount is based on a formula that took into consideration a number of factors, including your length of employment as a Corizon Nurse within the relevant time period; the number of shifts and weeks worked and individual pay records during this period; and the claims asserted in the lawsuit. Considering these factors your individual settlement amount was calculated, and is free and clear of attorneys' fees and litigation costs. **This means that you do not owe the lawyers any money by submitting or sending in the Claim Form, and the approximate gross amount listed above (less any applicable taxes) is yours if you choose to participate**.

**You will have 180 days to cash your settlement checks after they are issued**. Any uncashed checks will be voided after 180 days and your amount will be sent to Missouri Legal Aid. After 180 days you will no longer be able to receive your funds. It is important you inform the Settlement Administrator if you have made a claim, but have not received your check.

### 6. WHAT ARE THE PROCEDURES FOR PAYMENT?

A. If you submit a timely Claim Form, and do not submit a valid and timely Opt-Out Request, the amount of your settlement award will be calculated by the Settlement Administrator and paid by check after the Settlement is given final approval by the Court. The checks will be mailed by the Settlement Administrator and will remain valid and negotiable for 180 days from the date of issuance. After those 180 days expire, the checks will become void. **In order to receive a settlement check you must submit a claim on or before May 9, 2022.**

B.  If the Court approves the Settlement, and all other conditions of the Final Settlement Agreement and Release are satisfied, a portion (50%) of your settlement payment will be reported as wages for tax purposes and you will receive an IRS Form W-2 for this portion of the payment. Tax withholdings for wage payments will be deducted from your check amount. The second portion of your settlement will constitute payment for alleged liquidated damages and will be reported on an IRS Form 1099. You shall be solely responsible for the payment of any local, state, or federal taxes resulting from, or attributable to, the payments received under the Settlement. If you have any tax-related questions, you should consult a tax preparer.

C.  In order to be able to send you other mailings regarding the Lawsuit, it is important for the Settlement Administrator to have your current address. You should contact the Settlement Administrator to report any change of address after you receive this Notice. Failing to report a change of address may result in you not receiving your share of the money paid under the Settlement.

## 7.  ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Plaintiffs' Counsel are asking the Court to award them fees in the amount of $183,333.33 and reimbursement of costs in the amount of $54,455.53. These fees and costs payments will be subject to the Court's approval. *Please note, these amounts have already been deducted from the total amount of the Settlement and your approximate gross amount listed above will not be subject to any further reductions for attorneys' fees or costs*.

The basis for this request is stated in Plaintiffs' Motion for Preliminary Approval of Settlement and Attorneys' Fees and Costs. If you would like to see that Motion for Preliminary Approval of Settlement and Attorneys' Fees, you may request a copy from the Settlement Administrator.

In addition, the Plaintiffs who filed the Lawsuit, and other Correctional Nurses who appeared for depositions, intend to seek service awards from the Court in a total amount of $17,000 ($5,000.00 for each of the three Named Plaintiffs, (class representatives) and $1,000.00 each for the two additional Plaintiffs who were deposed) for their service and work helping the attorneys prepare the case for trial. *Again, these amounts have already been deducted from the total amount of the Settlement and your approximate gross amount listed above will not be subject to any further reductions for service awards*.

You may object to the terms of the Settlement and/or to the Plaintiffs' Counsel's request for attorneys' fees and costs, and/or to the service awards referenced above. The process for making an objection is described below at Paragraph 9, Option D.

## 8.  APPROVAL OF THE SETTLEMENT AND FAIRNESS HEARING

The Settlement is subject to Court approval and satisfaction of all conditions set forth in a Settlement Agreement and Release filed with the Court. Class Counsel and Corizon's counsel will jointly ask the Court on, or before, June 22, 2022, to finally approve the Settlement. The Court will hold a hearing to determine if the Settlement is fair, reasonable, and adequate and should be approved. *You are not required, or expected, to attend the hearing, but have the opportunity to do so if you choose*.

The final approval hearing will be held **June 22, 2022, at 9:30 a.m.** at the United States District Court for the Western District of Missouri, Charles Evans Whittaker U.S. Courthouse, 400 E. 9th Street, Kansas City, MO 64106, Courtroom 7B.

If the Court approves the Settlement, and if all conditions set forth in the Settlement Agreement and Release are satisfied, the Settlement Administrator will issue payments pursuant to the settlement.

If the Court does not approve the Settlement, the case will proceed as if no settlement was attempted. If the Settlement is not approved, there can be no assurance you will recover the approximate gross amount provided for in the Settlement, or anything at all.

## 9. YOUR RIGHTS AND OPTIONS IN THIS SETTLEMENT

You may: (a) submit a Claim Form, (b) do nothing, (c) exclude yourself from ("opt-out"), and (d) object to the Settlement.

**Option A: Submit a Claim Form, obtain your portion of the Settlement and your rights to pursue claims about your wages under state law.**

If you choose to submit a Claim Form, you will receive your settlement check and you will release your rights to pursue claims brought in the Lawsuit regarding your wages under state law.

To submit a claim, on or before May 9, 2022, submit the enclosed Claim Form by mail at Fritz v. Corizon Health, Inc. Settlement Administrator, c/o CPT Group Inc., 50 Corporate Park, Irvine, CA 92606 or online.

**Option B: Do nothing, receive no portion of the settlement, and release your claims regarding your wages under state law.**

If you choose to do nothing, you will not receive a payment under the Settlement, and your rights to pursue any claims regarding your wages brought under state law will be released. You will retain any rights you have to sue under federal law.

**Option C: Reject a payment under the Settlement and opt-out of the Lawsuit.**

If you opt-out of this Settlement, you must provide written notice to the Settlement Administrator indicating you want to "opt out." Your written notice to that effect must be submitted to the Settlement Administrator and postmarked or received by **May 9, 2022, at 5:00 p.m.** Central Time. If you timely opt-out of the Settlement, you will not recover anything under the Settlement, but you will retain any rights you may have to pursue any claims under the FLSA and state law, subject to the applicable statutes of limitations.

**Option D: Object to the terms of the settlement.**

If you do not opt-out of the Settlement, you may object to its terms. If you object and the Settlement is approved, your rights to pursue any claims regarding your wages under state law will be released. In order to object, you may, but need not, enter an appearance through counsel of your choice. If you retain your own counsel, you will be responsible for your own attorneys' fees and costs. If you do not retain your own counsel, you may appear on your own behalf.

If you object to the Settlement, you must timely file and serve a short and plain written statement of your objection ("Notice of Objection") by the close of the Claims Period May 9, 2022, with a copy to Class Counsel and Defendants' counsel. The Notice of Objection should state: (i) the full name, address, telephone number, and last four digits of the Social Security Number of the person objecting; (ii) the basis for the objection, and (iii) a reference to Case No. 6:19-cv-03365-SRB. If you do not timely make an objection in this manner, the Court may decide you have waived all objections, and you may not be heard, or have the right to appeal approval of the Settlement.

## 10. SCOPE OF RELEASE

If you return a Claim Form, and you do not opt out of the Settlement, you consent to be a Claimant in the Lawsuit and to participate in the Settlement. In exchange for your settlement payment, you agree to release and waive all state law claims arising from the facts alleged in the Lawsuit through March 9, 2022.

## 11. YOUR RESPONSIBILITIES

It is your responsibility to keep the Settlement Administrator and Class Counsel informed of any change of address. You must act within the time periods set out in this Notice. The time periods will be strictly enforced. Failing to carry out any of these responsibilities could result in you not receiving a payment under the Settlement. **Note: You should keep proof of**

**submitting, or returning, the Claim Form in a timely manner, including a return receipt request.** You may confirm receipt of your Claim Form with the Settlement Administrator.

## 12. QUESTIONS REGARDING THIS NOTICE

If you have any questions about this Notice, you can contact the Settlement Administrator, CPT, at 1-888-281-3974 or by emailing your question to corizonhealthsettlement@cptgroup.com.

## 13. LEGAL COUNSEL

**Class Counsel in this matter are as follows:**

**Gary K. Burger, Jr.**
**Genavieve Fikes, MO Bar No. 62886**
BURGER LAW FIRM, LLC
500 North Broadway, Suite 1860
St. Louis, MO 63102
Tel: (314) 542-2222
gary@burgerlaw.com
genavieve@burgerlaw.com
https://burgerlaw.com/

**Eric L. Dirks**
**Amy R. Jackson**
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Phone: (816) 945-7110
dirks@williamsdirks.com
amy@williamsdirks.com
www.williamsdirks.com

**Corizon's counsel in this matter are as follows:**

**Patrick F. Hulla**
**Darin P. Shreves**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816-471-1301
Facsimile: 816-471-1303
patrick.hulla@ogletreedeakins.com
darin.shreves@ogletree.com

**James M. Paul**
**Mallory S. Zoia**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3960
james.paul@ogletree.com
mallory.zoia@ogletree.com

# SETTLEMENT CLAIM FORM

I agree to participate in the settlement of this action, *Fritz, et al. v. Corizon, Inc. et al.*, Case No. 6:19-CV-3365-SRB (W.D. Mo.). By signing below, and in exchange for my settlement payment, I certify that I hereby consent and agree to participate in the Settlement of this Lawsuit, that I am represented by Class Counsel and that I will be bound by the terms of the Settlement Agreement, including the release of wage and hour claims set forth in the Settlement Agreement and in the Notice of Class Action Settlement.

Signature: _____ Date Signed: _____

Printed Name:  _____

Street Address: _____

_____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

Email Address: _____

**YOU MAY SUBMIT YOUR CLAIM IN THE ENCLOSED BUSINESS REPLY ENVELOPE OR BY GOING TO THE FOLLOWING WEBSITE:**

[www.corizonhealthsettlement.com](http://www.corizonhealthsettlement.com)

**If you choose to submit your claim online, you will be asked to digitally sign a claim form.**

**TO COMPLETE THIS FORM ONLINE, PLEASE GO TO THE SETTLEMENT ADMINISTRATOR'S WEBSITE AND USE YOUR CPT ID: «ID» AND PASSCODE: «Passcode»**

THIS FORM, OR YOUR ONLINE CLAIM, MUST BE RETURNED AND/OR SUBMITTED TO THE CLAIMS ADMINISTRATOR AND MUST BE POSTMARKED OR DIGITALLY SIGNED NO LATER THAN MAY 9, 2022.

WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS -- YOU MAY ALSO WISH TO MAIL RETURN RECEIPT REQUESTED.

## NOTICE OF CLASS ACTION SETTLEMENT

### To: «FullName»

You are receiving this Notice because you were employed by Corizon as an hourly, non-exempt nurse in Missouri between October 15, 2016 through the present where the Corizon time clock was not near (i.e., within 25 feet) of the entrance/exit of the facility where you worked for Corizon and filed a consent to join a lawsuit titled *Fritz, et al. v. Corizon, Inc. et al., Case No. 6:19-CV-3365-SRB*, in the United States District Court for the Western District of Missouri, Southern Division (the "Lawsuit"). **You are eligible to receive a settlement payment.**

### YOUR ESTIMATED GROSS SETTLEMENT AMOUNT: <u>«TotalAmount»</u>

### THIS NOTICE AFFECTS YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.

*This is not a solicitation from a lawyer. A Court has authorized this Notice.*

As used in this notice, "Corizon" means Defendants Corizon Health, Inc. and Corizon, LLC on behalf of themselves, their parent(s), affiliates, divisions, subsidiaries, predecessors and successors, and related business entities, including, but not limited to, any and all Corizon-related entities and their officers, directors, shareholders, employees, representatives, corporate parents, corporate siblings, subsidiaries, predecessors, successors, affiliates thereof, and related entities ("Corizon" or the "Defendants").

| You May: | Effect of Choosing the Option: | Due Date: |
|---|---|---|
| ***Do Nothing*** | • You will receive the gross amount of approximately «TotalAmount». The amount of this payment is based on calculations using your individual time and payroll records within the relevant period.<br><br>• You will release your federal claims under the Fair Labor Standards Act (the "FLSA") and state law claims (outlined in Question 10 of this Notice) against Corizon and be bound by the terms the Settlement.<br><br>• You will give up the right to sue Corizon for your federal (FLSA) claims or state law claims. | ***<u>None. You do not need to do anything. You will receive your estimated gross payment (less taxes) as set forth herein and you will release your state and federal claims against Corizon as described herein.</u>*** |
| ***File Objection*** | • You may also write to the Court explaining why you disagree with the Settlement or speak with the Court at a final fairness hearing about the fairness of the Settlement. In advance of the final fairness hearing, you must send written notice of your desire to speak with the Court. | ***<u>The Objection must be filed with the Court and sent to the Class Counsel and Corizon's counsel no later than May 9, 2022</u>*** |

## 1. INTRODUCTION

The purpose of this Notice is to inform you: (i) of the existence of a settlement between Plaintiffs and Defendants Corizon Health, Inc. and Corizon, LLC (collectively, "Corizon") of a lawsuit alleging Corizon failed to pay Correctional Nurses who performed pre- and post-shift security related activities under the FLSA and Missouri state law, (ii) that you may be entitled to a payment under the Settlement, (iii) of your legal rights and options under the Settlement, and (iv) about the procedure for participating in, or objecting to, this Settlement. You have been sent this Notice because you previously joined this case.

## 2.  DESCRIPTION OF THE LAWSUIT

In 2019, the Lawsuit was filed in federal court in Missouri alleging Correctional Nurses may not have been properly paid for all time worked. The lawsuit alleges Corizon failed to pay Correctional Nurses for all hours worked. The lawsuit alleges certain Corizon pay practices violated the FLSA and Missouri state law. The Lawsuit is pending before the Honorable Stephen R. Bough in the United States District Court for the Western District of Missouri, Southern Division, under the title Fritz, et al. v. Corizon, Inc. et al., Case No. 6:19-CV-3365-SRB.

Corizon has denied, and continues denying, all of the allegations in the Lawsuit and denies it violated the FLSA or Missouri law. Corizon maintains Correctional Nurses were properly paid for their hours worked. The Court has not decided who is right and who is wrong, or weighed the arguments of either side. The parties, however, agreed to a settlement.

You are eligible to receive a settlement payment in exchange for a release of your claims as alleged in the Lawsuit.

## 3.  WHO IS INCLUDED IN THE SETTLEMENT?

The Court certified a FLSA collective action and a Missouri class action.

**FLSA Collective**: Any individual who (a) is, or was, employed by Corizon as an hourly, non-exempt nurse and worked more than 40 hours in a workweek (i.e., from Sunday at midnight through Saturday at 11:59 p.m.) on an hourly, or non-exempt basis between October 15, 2016, through the present, and (b) performed pre- and post-shift activity for which they were not paid because their time clock was not near (i.e., within 25 feet) of the facility's entrance/exit. Nationwide notice was sent and 949 individuals joined the FLSA collective. Those 949 individuals make up the FLSA Collective.

**Missouri Class**: The Court also certified a Missouri class action consisting of current and former hourly correctional Nurses in Missouri from October 15, 2014, through the final disposition of this matter, who have pay periods where they did not record more than forty (40) hours in a seven day period, and worked at one of the following locations:

- Boonville Correctional Center
- Chillicothe Correctional Center
- Cremer Therapeutic Community Center
- Fulton Reception & Diagnostic Center
- Jefferson City Correctional Center
- Kansas City Reentry Center
- Maryville Treatment Center
- Missouri Eastern Correctional Center
- Moberly Correctional Center
- Northeast Correctional Center
- Ozark Correctional Center
- Potosi Correctional Center
- South Central Correctional Center
- Southeast Correctional Center
- St. Louis City Criminal Justice Center
- St. Louis City MSI
- Tipton Correctional Center
- Transition Center St. Louis
- Western Missouri Correctional Center
- Western Reception Diagnostic and Correctional Center
- Crossroads Correctional Center

## 4.  SUMMARY OF THE SETTLEMENT

To settle this case, Corizon agreed to pay a total of $550,000.00 ("Gross Settlement Fund"), which is intended to include claims for alleged unpaid wages, liquidated damages, penalties, interest, costs, attorneys' fees, and taxes. If you choose to participate in this settlement, you will receive the approximate gross amount listed on page 1, **before taxes**.

## 5.  YOUR SETTLEMENT AMOUNT

Your individual settlement amount is based on a formula that took into consideration a number of factors, including shifts and weeks worked and individual pay records as a Correctional Nurse within the relevant time period, and the claims asserted in the lawsuit. Considering these factors your individual settlement amount was calculated, and is free and clear of

attorneys' fees and litigation costs. **This means that you do not owe the lawyers any money and the approximate gross amount listed above (less any applicable taxes) is yours if you do nothing and accept your settlement amount**.

**You will have 180 days to cash your settlement checks after they are issued**. Any uncashed checks will be voided after 180 days and your amount will be sent to Missouri Legal Aid. After 180 days you will no longer be able to receive your funds. It is important you inform the Settlement Administrator if you have made a claim, but have not received your check.

## 6.   WHAT ARE THE PROCEDURES FOR PAYMENT?

A. The amount of your settlement award will be calculated by the Settlement Administrator and paid by check after the settlement is given final approval by the Court. The checks will be mailed by the Settlement Administrator and will remain valid and negotiable for 180 days from the date of issuance. After those 180 days expire, the checks will become void.

B. If the Court approves the Settlement and all other conditions of the Final Settlement Agreement and Release are satisfied, a portion (50%) of your settlement payment will be reported as wages for tax purposes and you will receive an IRS Form W-2 for this portion of the payment. Tax withholdings for wage payments will be deducted from your check amount. The second portion of your settlement will constitute payment for alleged liquidated damages, and will be reported on an IRS Form 1099. You shall be solely responsible for the payment of any local, state, or federal taxes resulting from, or attributable to, the payments received under the Settlement. If you have any tax-related questions, you should consult a tax preparer.

C. In order to be able to send you other mailings regarding the Lawsuit, it is important for the Settlement Administrator to have your current address. You should contact the Settlement Administrator to report any change of address after you receive this Notice. Failing to report a change of address may result in you not receiving your share of the money paid under the Settlement.

## 7.   ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Plaintiffs' Counsel are asking the Court to award them fees in the amount of $183,333.33 and reimbursement of costs in the amount of $54,455.53. These fees and costs payments will be subject to  the Court's approval**.** *Please note, these amounts have already been deducted from the total amount of the Settlement and your approximate gross amount listed above will not be subject to any reductions for attorneys' fees or costs.*

The basis for this request is stated in Plaintiffs' Motion for Preliminary Approval of Settlement and Attorneys' Fees and Costs. If you would like to see that Motion for Preliminary Approval of Settlement and Attorneys' Fees, you may request a copy from the Settlement Administrator.

In addition, the Plaintiffs who filed the Lawsuit and other Correctional Nurses who appeared for  depositions intend to seek service awards from the Court in a total amount of $17,000 ($5,000.00 for each of the three Named Plaintiffs, (class representatives) and $1,000.00 each for the two additional Plaintiffs who were deposed) for their service and work helping the attorneys prepare the case for trial. *Again, these amounts have already been deducted from the total amount of the Settlement and your approximate gross amount listed above will not be subject to any further reductions for service awards.*

You may object to the terms of the Settlement and/or to the Plaintiffs' Counsel's request for attorneys' fees and costs, and/or to the service awards referenced above. The process for making an objection is described below at Paragraph 9, Option B.

## 8.    APPROVAL OF THE SETTLEMENT AND FAIRNESS HEARING

The Settlement is subject to Court approval and satisfaction of all conditions set forth in a Settlement Agreement and Release filed with the Court. Class Counsel and Corizon's counsel will jointly ask the Court on or before June 22, 2022, to finally approve the Settlement. The Court will hold a hearing to determine if the Settlement is fair, reasonable, and adequate and should be approved. ***You are not required or expected to attend the hearing, but have the opportunity to do so if you choose***.

The final approval hearing will be held **June 22, 2022, at 9:30 a.m.** at the United States District Court for the Western District of Missouri, Charles Evans Whittaker U.S. Courthouse, 400 E. 9th Street, Kansas City, MO 64106, Courtroom 7B.

If the Court approves the Settlement, and if all conditions set forth in the Settlement Agreement and Release are satisfied, the Settlement Administrator will issue payment pursuant to the Settlement.

If the Court does not approve the Settlement, the case will proceed as if no settlement was attempted. If the Settlement is not approved, there can  be no assurance you will recover the approximate gross amount provided for in the Settlement, or anything at all.

## 9.    YOUR RIGHTS AND OPTIONS IN THIS SETTLEMENT

<u>Option A</u>**: Do nothing and receive your settlement allocation.**

**Because you already opted into this case, you do not need to do anything to be eligible to receive your settlement funds. It is your responsibility to notify the Settlement Administrator if your contact information has changed.**

<u>Option B</u>**: Object to the terms of the settlement.**

You may object to the terms of the Settlement. If you object and the Settlement is approved, your rights to pursue any claims regarding your wages under the FLSA and state law will be released.

If you object to the Settlement, you must, on or before **May 9, 2022**, file and serve a short and plain written statement of objection ("Notice of Objection") by **May 9, 2022**, with a copy to Class Counsel and Corizon's counsel. The Notice of Objection should state: (i) the full name, address, telephone number, and last four digits of the Social Security Number of the person objecting; (ii) the basis for the objection, and (iii) a reference to Case No. 6:19-cv-03365-SRB. If you do not timely make an objection in this manner, the Court may decide you have waived all objections, and you may not be heard, or have the right to appeal approval of the Settlement.

## 10. SCOPE OF RELEASE

In exchange for your settlement payment, you will release all claims arising from the facts alleged in the Lawsuit through March 9, 2022.

## 11. YOUR RESPONSIBILITIES

It is your responsibility to keep the Settlement Administrator and Class Counsel informed of any change of address. You must act within the time periods set out in this Notice. The time periods will be strictly enforced. Failure to carry out any of these responsibilities could result in you not receiving payment under the Settlement.

## 12. QUESTIONS REGARDING THIS NOTICE

If you have any questions about this Notice, you can contact the Settlement Administrator, CPT, at 1-888-281-3974 or by emailing your question to corizonhealthsettlement@cptgroup.com.

## 13. LEGAL COUNSEL

**Class Counsel in this matter are as follows:**

**Gary K. Burger, Jr.**
**Genavieve Fikes, MO Bar No. 62886**
BURGER LAW FIRM, LLC
500 North Broadway, Suite 1860
St. Louis, MO 63102
Tel: (314) 542-2222
gary@burgerlaw.com
genavieve@burgerlaw.com
https://burgerlaw.com/

**Eric L. Dirks**
**Amy R. Jackson**
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Phone: (816) 945-7110
dirks@williamsdirks.com
amy@williamsdirks.com
www.williamsdirks.com

**Corizon's counsel in this matter are as follows:**

**Patrick F. Hulla**
**Darin P. Shreves**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816-471-1301
Facsimile: 816-471-1303
patrick.hulla@ogletreedeakins.com
darin.shreves@ogletree.com

**James M. Paul**
**Mallory S. Zoia**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3960
james.paul@ogletree.com
mallory.zoia@ogletree.com

# EXHIBIT "B"

March 22, 2022

**<u>VIA CERTIFIED MAIL</u>**

**«AttorneyGeneralName»**
**«Office»**
**«Address_1» «Address_2»**
**«City», «State» «Zip»**

> Re: CAFA Notice for the Proposed Settlement in the matter entitled Jessica Williams, Sheryl Fritz, Jamie Terry et al. v. Corizon Health, Inc. and Corizon, LLC, removed to United States District Court for the Western District of Missouri, Case No. 6:19-cv-03365SRB

Dear Attorneys General:

Defendants Corizon Health, Inc. and Corizon, LLC (hereinafter "Corizon") provides this notice in accordance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1711, et seq., to advise you that a proposed class action settlement has been filed in the matter of Jessica Williams, Sheryl Fritz, Jamie Terry et al. v. Corizon Health, Inc. and Corizon, LLC, removed to United States District Court for the Western District of Missouri, Case No. 6:19-cv-03365SRB.

Plaintiffs Jessica Williams, Sheryl Fritz and Jamie Terry, collectively and as a putative class members, filed a motion seeking preliminary approval of the parties' proposed class action settlement. Preliminary approval was granted on March 9, 2022, before The Honorable Stephen R. Bough, Judge to the United States District Court for the Western District of Missouri, located at Charles Evans Whittaker U.S. Courthouse, 400 E. 9th Street, Kansas City, Missouri 64106, in Courtroom 7B. A final approval motion will follow. Complete details regarding the terms of the proposed settlement are contained within the proposed Settlement Agreement and Release attached hereto. At this time, the Final Approval Hearing has been scheduled for June 22, 2022, at 9:30 a.m.

Pursuant to 28 U.S.C. § 1715(b), Corizon encloses a copy of each of the following documents:

(1) Plaintiffs' First Amended Collective Action and Class Action Complaint (**Exhibit 1**);
(2) Settlement Agreement and Release (**Exhibit 2**);
(3) Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (**Exhibit 3**);
(4) Notice of Hearing (**Exhibit 4**);
(5) Settlement Claim Form (**Exhibit 5**);

(6)     FLSA & MO Rule 23 Combination Notice of Class Action Settlement (**Exhibit 6**);

(7)     FLSA Notice of Collective Action Settlement (**Exhibit 7**);

(8)     MO Rule 23 Notice of Class Action Settlement (**Exhibit 8**).

(9)     A chart, based on records currently available, setting forth an estimate payment allocated to each putative class member residing in each state. (**Exhibit 9**); and

(10)    A Distribution List of Recipients of CAFA Notice (**Exhibit 10**).

In addition, 28 U.S.C. § 1715(b)(7) requires Corizon to notify the United States Attorney General and the appropriate official of each State in which a putative class member resides of the estimated proportionate share of the claims for those State's residents. This settlement is of a putative class action for any member of the Rule 23 Class or FLSA Collective. The "Rule 23 Class" means the Missouri class, which was certified by the Court, and includes approximately 1,686 individuals with alleged damages within the limitations period October 15, 2014, to the present. "FLSA Collective" means the approximately 949 individuals who submitted consent to join forms in this case before, or after, the Court granted conditional certification of the FLSA Collective. In the names of the putative class members and their estimated proportionate share will depend on: (1) how many putative class members opt-out of the settlement; (2) how many Rule 23 Class Members submit a claim; (3) how much the court awards for attorneys' fees, costs, and an enhancement award; (4) settlement administration expenses; and (5) the amount of regular wages and overpaid wages owed to each putative class member during the relevant class period. Potential class members are estimated to each receive a raw average of approximately $110.50. Each individual putative class member's settlement amount may be more or less than this raw average, depending on the factors listed above. The claims administration process following preliminary approval will confirm the identity of the putative class members and calculate each participating class member's estimated settlement share.

Lastly, there are no additional settlements or agreements contemporaneously made between class counsel and defense counsel. No final judgment or notice of dismissal has yet been filed in this action. There are no additional written judicial opinions relating to the materials described above.

Should you have any questions, please feel free to contact us at (816) 410-2226.

Sincerely,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Patrick F. Hulla
Counsel for Defendant