IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JESSICA WILLIAMS, SHERYL FRITZ AND JAMIE TERRY, Individually and on behalf of all other similarly situated Corizon Correctional Nurses,<br><br>    Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., and CORIZON, LLC.,<br><br>    Defendants. | Case No.: 6:19-cv-03365-SRB |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiffs' Unopposed Motion for Final Settlement Approval (Doc. #257) is GRANTED.

June 22, 2022                                     Paige Wymore-Wynn
Date                                                 Clerk of Court

                                                                       /s/ Tracey L. Richard
                                                                       (by) Deputy Clerk